196 So. 908
**Lacey WILSON v. STATE.**
**6 Div. 601.**

Court of Appeals of Alabama.
April 30, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

192 So. 927
**Columbus WOODS v. STATE.**
**8 Div. 859.**

Court of Appeals of Alabama.
Nov. 7, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

191 So. 927
**James M. WOOTEN v. STATE.**
**6 Div. 510.**

Court of Appeals of Alabama.
Oct. 3, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

190 So. 926
**Jack WRIGHT v. STATE.**
**4 Div. 532.**

Court of Appeals of Alabama.
Aug. 31, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

PER CURIAM.
Appeal dismissed by appellant.

193 So. 895
**Robinson YEATMAN v. CITY OF HUNTSVILLE.**
**8 Div. 852.**

Court of Appeals of Alabama.
Jan. 18, 1940.

PER CURIAM.
Appeal dismissed for want of prosecution.

190 So. 926
**Roscoe YIELDING v. STATE.**
**8 Div. 872.**

Court of Appeals of Alabama.
June 6, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.